IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00158-ZLW

CARL B. FORD, No. 013957,

    Plaintiff,

v.

MR. LOVINGER, Under Sheriff, Denver Sheriff Department,
ROBERT STAUCH, Denver Deputy Sheriff, and
JAMES HERRERA, Deputy [sic] Deputy Sheriff,
All Defendant's [sic] in There [sic] Official and Ind[i[vidual Capacitys [sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Plaintiff's *pro se* "Motion Requesting for Reinstatement of Civil Rights Action" (ECF No. 24), filed on July 31, 2012.  The Motion is denied for the same reasons set forth in the Court's July 20, 2012 Order Denying Motion to Reconsider (ECF No. 23).

    Dated:  August 3, 2012